AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynch, Sandra L. | 2. Court or Organization<br><br>U.S. Court of Appeals, 1st Cir | 3. Date of Report<br><br>05/31/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
1 Courthouse Way, Suite 8710
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 05/31/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2. | Bank of America | A | Interest | K | T | | | | | |
| 3. | FIDELITY TRADITIONAL IRA(H) | D | Dividend | M | T | | | | | |
| 4. | - Fidelity Disciplined Equity | | | | | | | | | |
| 5. | - Fidelity Cash Reserves | | | | | | | | | |
| 6. | Fidelity Investments Core Cash | A | Interest | K | T | | | | B | |
| 7. | IRA ROLLOVER ACCOUNT(H) | F | Dividend | P1 | T | | | | | |
| 8. | - Fidelity Low Priced Stock | | | | | Sold (part) | 03/18/13 | J | A | |
| 9. | | | | | | Sold (part) | 10/15/13 | J | B | |
| 10. | | | | | | Buy (add'l) | 12/06/13 | J | | |
| 11. | | | | | | Buy (add'l) | 12/19/13 | K | | |
| 12. | | | | | | Buy (add'l) | 12/20/13 | J | | |
| 13. | - Fidelity Dividend Growth | | | | | Buy (add'l) | 02/05/13 | J | | |
| 14. | | | | | | Buy (add'l) | 04/24/13 | J | | |
| 15. | | | | | | Sold | 12/19/13 | K | E | |
| 16. | - Fidelity Capital and Income | | | | | | | | | |
| 17. | - Fidelity Invest Grade | | | | | Buy (add'l) | 02/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 19. | | | | | Sold (part) | 04/24/13 | J | A | |
| 20. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 21. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 22. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 23. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 24. - Fidelity Blue Chip Growth | | | | | Sold (part) | 03/18/13 | J | B | |
| 25. | | | | | Buy (add'l) | 04/24/13 | K | | |
| 26. | | | | | Sold (part) | 09/13/13 | J | C | |
| 27. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 28. - Fidelity Advisor Strategic Inc CL I | | | | | | | | | |
| 29. - Fidelity Inflation Protected Bond | | | | | Buy (add'l) | 09/13/13 | J | | |
| 30. | | | | | Sold | 12/06/13 | J | D | |
| 31. - Fidelity Ultra-Short Bond | | | | | Buy (add'l) | 02/05/13 | J | | |
| 32. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 33. - Fidelity Total Bond | | | | | Buy (add'l) | 03/18/13 | J | | |
| 34. | | | | | Sold (part) | 04/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 36. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 37. - Spartan 500 Index FID Advantage | | | | | Sold (part) | 03/18/13 | J | A | |
| 38. | | | | | Sold | 04/24/13 | L | E | |
| 39. - Fidelity Advisor New Insights Cl I | | | | | Sold (part) | 02/05/13 | J | C | |
| 40. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 41. - Fidelity Growth Company | | | | | Buy (add'l) | 04/24/13 | J | | |
| 42. | | | | | Sold (part) | 09/13/13 | J | B | |
| 43. | | | | | Sold (part) | 12/06/13 | J | C | |
| 44. - Fidelity Advisor High Income CL 1 | | | | | Sold (part) | 02/05/13 | J | | |
| 45. - Fidelity Short Term Bond | | | | | Buy (add'l) | 02/05/13 | J | | |
| 46. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 47. -Strategic ADV US Oppty II | | | | | Buy (add'l) | 04/24/13 | K | | |
| 48. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 49. | | | | | Sold (part) | 05/23/13 | J | A | |
| 50. | | | | | Sold (part) | 12/06/13 | J | A | |
| 51. | | | | | Buy (add'l) | 12/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Strategic ADV Int'l II | | | | | Buy (add'l) | 03/18/13 | K | | |
| 53. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 54. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 55. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 56. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 57. -Fidelity Equity Income | | | | | Sold (part) | 03/18/13 | J | A | |
| 58. | | | | | Sold (part) | 09/13/13 | J | A | |
| 59. -Fidelity Fund | | | | | Sold (part) | 03/18/13 | J | A | |
| 60. | | | | | Sold | 04/24/13 | K | D | |
| 61. -Fidelity Value | | | | | Sold (part) | 03/18/13 | J | A | |
| 62. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 63. | | | | | Sold (part) | 12/06/13 | K | D | |
| 64. -Fideliy Emerging Markets | | | | | Sold (part) | 07/24/13 | J | | |
| 65. | | | | | Sold (part) | 09/13/13 | J | | |
| 66. -Fidelity Select Gold | | | | | Sold (part) | 03/18/13 | J | | |
| 67. | | | | | Sold (part) | 04/24/13 | J | | |
| 68. | | | | | Sold | 05/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L.. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Stock Selector All Cap Fd | | | | | Sold (part) | 03/18/13 | J | A | |
| 70. | | | | | Sold (part) | 04/24/13 | J | B | |
| 71. | | | | | Buy (add'l) | 12/19/13 | K | | |
| 72. -Fidelity Focused High Income Fund | | | | | | | | | |
| 73. -FIMM MMKT Port Inst Cl | | | | | Sold (part) | 02/05/13 | J | | |
| 74. | | | | | Sold (part) | 02/20/13 | J | | |
| 75. | | | | | Sold (part) | 03/18/13 | J | | |
| 76. | | | | | Sold (part) | 05/23/13 | J | | |
| 77. | | | | | Sold (part) | 05/29/13 | J | | |
| 78. | | | | | Sold (part) | 08/13/13 | J | | |
| 79. | | | | | Sold (part) | 10/15/13 | J | | |
| 80. | | | | | Sold (part) | 11/26/13 | J | | |
| 81. -Fidelity Stock Selector Small Cap | | | | | | | | | |
| 82. -Fidelity Mega Cap Stock Fd | | | | | Sold (part) | 03/18/13 | J | A | |
| 83. | | | | | Buy (add'l) | 04/24/13 | K | | |
| 84. | | | | | Sold (part) | 09/13/13 | J | A | |
| 85. | | | | | Buy (add'l) | 12/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity Real Estate Income | | | | | Sold (part) | 03/18/13 | J | A | |
| 87. -Fidelity Municipal Income | | | | | Buy | 12/06/13 | K | | |
| 88. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 89. Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Int./Div. | N | U | | | | | |
| 90. Condominium, Carrabassett Valley, ME | D | Rent | M | W | | | | | |
| 91. PAS BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 92. - Fidelity Municipal Income | B | Dividend | K | T | | | | | |
| 93. - Fidelity Limited Term Muni Income | A | Dividend | J | T | | | | | |
| 94. - Fidelity Municpal Money Market | A | Dividend | J | T | | | | | |
| 95. -DWS Strategic High Yield Tax Free Cl S | A | Dividend | K | T | | | | | |
| 96. -DWS Managed Muni Bond Cl S | A | Dividend | J | T | | | | | |
| 97. -Fidelity Advisor Int'l Discovery CL I | A | Dividend | J | T | | | | | |
| 98. -Fidelity Real Estate Investment | A | Dividend | J | T | | | | | |
| 99. -Fidelity Capital & Income | A | Dividend | J | T | | | | | |
| 100. -Champlain Small Co. Fund Adv CL Conf | A | Dividend | J | T | | | | | |
| 101. -Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | | | | | |
| 102. -Artisan Intl Value Fund Inv CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Baron Growth | A | Dividend | J | T | | | | | |
| 104.  -William Blair Int'l Growth Class N | A | Dividend | J | T | | | | | |
| 105.  -Fam Value | A | Dividend | J | T | | | | | |
| 106.  -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | | | | | |
| 107.  -Hartford Growth Opportunity Class A | A | Dividend | J | T | Sold (part) | 08/12/13 | J | B | |
| 108.  -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 109.  -Mainstay Lg Cap Grwth Fund Class A | A | Dividend | J | T | | | | | |
| 110.  -Pimco Commodity Real Ret Strat Admin | A | Dividend | | | Sold (part) | 01/04/13 | J | | |
| 111. | | | | | Sold | 04/02/13 | J | A | |
| 112.  -T Rowe Price High Yield Advisor Cl | A | Dividend | | | Sold | 01/04/13 | J | A | |
| 113.  -T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | | | | | |
| 114.  -SSGA Emerging Markets | A | Dividend | J | T | | | | | |
| 115.  -Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 04/03/13 | J | | |
| 116. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 117.  -Fidelity Mass Muni Income | A | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | |
| 118. | | | | | Sold (part) | 08/12/13 | J | | |
| 119. | | | | | Buy (add'l) | 11/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 121. -Allianceber Muni Inc II Mass Cl A | A | Dividend | J | T | | | | | |
| 122. -Credit Suisse Commd Rtn Strgy Com Shr | | None | | | Buy (add'l) | 01/07/13 | J | | |
| 123. | | | | | Sold | 04/02/13 | J | | |
| 124. -Parametric Emerging Mkts Inv Cl (name change) | A | Dividend | J | T | Buy (add'l) | 04/03/13 | J | | |
| 125. -JPMorgan US Equity FD Sel Cl | A | Dividend | J | T | | | | | |
| 126. -MFS Int'l Div Fd A | A | Dividend | J | T | | | | | |
| 127. -Willima Blair Growth Cl N | | None | | | Sold | 08/12/13 | J | A | |
| 128. -Allianz NFJ Dividend Value Fd Cl D | A | Dividend | J | T | | | | | |
| 129. -Causeway Int'l Value Investor | A | Dividend | J | T | | | | | |
| 130. -MFS Int'l Val Fd Cl A | A | Dividend | J | T | | | | | |
| 131. -MFS Muni Mass Cl A | A | Dividend | J | T | | | | | |
| 132. -MFS Research Int'l Cl A | A | Dividend | J | T | | | | | |
| 133. -Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 134. -T. Rowe Price Tax Free Inc Adv | A | Dividend | J | T | | | | | |
| 135. -T. Rowe Price Tax Free Short Inter | A | Dividend | J | T | | | | | |
| 136. -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Franklin MA Tax Free Income Fund Class A | A | Dividend | | | Buy (add'l) | 01/07/13 | J | | |
| 138. | | | | | Sold (part) | 06/06/13 | J | | |
| 139. | | | | | Sold | 08/12/13 | J | | |
| 140. -IShares TR Russell 1000 Value Index Fd | A | Dividend | K | T | | | | | |
| 141. -IShares TR Russell 1000 Growth Index Fd | A | Dividend | K | T | | | | | |
| 142. -Loomis Sayles Global Bond Instl | A | Dividend | | | Sold | 08/12/13 | J | | |
| 143. -T Rowe Price International Stock | A | Dividend | J | T | | | | | |
| 144. -Aberdeen Emerging Mrkts Fd Instl Sv Cl | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 145. -Franklin Internatl Sm Cap Grwth Advisor | A | Dividend | J | T | Buy | 04/03/13 | J | | |
| 146. -Nuveen Massachusetts Municipal Class I | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 147. -Wells Fargo Short Term Muni Inc-Instit | A | Dividend | J | T | Buy | 01/07/13 | J | | |
| 148. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 149. Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 150. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 151. -T Rowe Price Emerging Mkts Stock | | | | | Buy | 04/03/13 | J | | |
| 152. | | | | | Sold | 08/12/13 | J | | |
| 153. IRA ROLLOVER ACCT NO 2(H) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Fidelity Cash Reserves | | | | | | | | | |
| 155. IRA- 3(H) | | None | J | T | | | | | |
| 156. -Schwab US Treas Money Fund | | | | | | | | | |
| 157. SI INVEST ACCOUNT(H) | | | | | | | | | |
| 158. -Schwab US Treas Money Fund | A | Interest | P1 | T | | | | | |
| 159. -American Express | A | Dividend | K | T | Buy | 05/08/13 | K | | |
| 160. -Apple Inc Com | B | Dividend | L | T | Buy | 04/24/13 | K | | |
| 161. | | | | | Buy (add'l) | 05/31/13 | K | | |
| 162. -Avago Technologies Ltd Shs | A | Dividend | K | T | Buy | 07/30/13 | K | | |
| 163. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 164. -Bed Bath & Beyond | | None | K | T | Buy | 04/24/13 | K | | |
| 165. -Bhp Billiton Ltd Sponsored Adr | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 166. -Capital One Finl Corp Com | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 167. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 168. -Caterpillar Inc Del | B | Dividend | L | T | Buy | 05/31/13 | L | | |
| 169. -Chevron Corp New Com | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 170. -Cognizant Tech Solutns Cl A | | | L | T | Buy | 04/25/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 172. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 173. -Emerson Electric | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 174. -Exxon Mobil Corp | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 175. -Goldman Sachs Group Com | A | Dividend | L | T | Buy | 04/24/13 | K | | |
| 176. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 177. | | | | | Buy (add'l) | 06/26/13 | K | | |
| 178. -Iberiabank Corp Com | A | Dividend | K | T | Buy | 05/01/13 | J | | |
| 179. -Invesco Ltd Shs | A | Dividend | K | T | Buy | 10/28/13 | K | | |
| 180. -J P Morgan Chase & Co | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 181. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 182. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 183. -Mondelez Intl Inc Cl A | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 184. -National Oilwell Varco Com | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 185. -Oracle Corp | A | Dividend | K | T | Buy | 05/28/13 | K | | |
| 186. -Qualcomm Inc Com | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 187. | | | | | Buy (add'l) | 06/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Roche Hldg Ltd Sponsored Adr | | None | K | T | Buy | 04/24/13 | K | | |
| 189.  -Salesforce Com Inc Com | | None | K | T | Buy | 04/24/13 | K | | |
| 190. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 191.  -Schlumberger | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 192.  -Siemens A G Sponsored Adr | | None | L | T | Buy | 12/20/13 | L | | |
| 193.  -Target Corp | A | Dividend | K | T | Buy | 06/28/13 | K | | |
| 194. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 195.  -Thoratec Labs Corp Com New | | None | K | T | Buy | 04/24/13 | K | | |
| 196. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 197.  -Vanguard Ftse Emerging Markets Etf | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 198.  -Vodafone Group Plc(New) | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 199.  Republic Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC. The net income from the investment is reported as a "Int./Div."

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra L. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544